Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
Matthew C. Salmonsen (SBN 302854)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
JONATHAN Y. TRAN

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JONATHAN Y. TRAN,<br><br>    Plaintiff,<br><br>  v.<br><br>SUTTELL & HAMMER, APC, F/K/A SUTTELL, HAMMER & WHITE, APC, a California corporation,<br><br>    Defendants. | Case No. 5:17-CV-05048-NC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1) |

COMES NOW the Plaintiff, JONATHAN Y. TRAN, by and through his attorney Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, JONATHAN Y. TRAN, hereby dismisses, with prejudice, all claims made by him against Defendant, SUTTELL & HAMMER, APC, in his Complaint filed herein on August 30, 2017. Plaintiff further notifies the Court that his dispute with Defendant has been settled.

CONSUMER LAW CENTER, INC.

Dated: December 13, 2017               By: /s/ Fred W. Schwinn
                                                              Fred W. Schwinn, Esq.
                                                              Attorney for Plaintiff
                                                              JONATHAN Y. TRAN